UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENISE PRESTON,

    Plaintiff,

v.

                                      Case No. 1:16-cv-1364

MIDLAND FUNDING, LLC,                   HON. JANET T. NEFF

    Defendant.
_____/

**ORDER OF DISMISSAL**

    The Court having reviewed the parties' Stipulation of Dismissal With Prejudice (ECF No. 19):

    **IT IS HEREBY ORDERED** that the Stipulation of Dismissal With Prejudice (ECF No. 19) is GRANTED.  This matter is DISMISSED WITH PREJUDICE, and without costs, disbursements or attorney fees to any party.


Dated: July 17, 2017                                    /s/ Janet T. Neff
                                                        JANET T. NEFF
                                                        United States District Judge